JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANIYYAH RASHEED,<br>                 Plaintiff,<br><br>   v.<br><br>MT. SAN ANTONIO COLLEGE, *et al.*,<br>                 Defendants. | Case No. 2:21-cv-05259-SSS-KSx<br><br>**FINAL JUDGMENT ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DKT. 29]** |

# JUDGMENT

Pursuant to the Order Granting Defendants' Motion for Summary Judgment [Dkt. 29] and after considering the papers filed in support of and against Defendant's Motion, **IT IS HEREBY ORDERED THAT**:

1. The Defendants' Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's complaint and action are **HEREBY DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated: January 10, 2023

SUNSHINE S. SYKES
United States District Judge